

A CERTIFIED TRUE COPY

AUG 2 5 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1456

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-25)**

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 59 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-25 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ~~ALM 2 05-647~~ | ~~State of Alabama v. Abbott Laboratories, Inc., et al.~~ CTO Vacated 8/19/05 |
| **FLORIDA NORTHERN** | |
| FLN 4 05-257 | State of Florida ex rel., et al. v. Alpharma, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ~~ILN 1 05-4056~~ | ~~The People of the State of Illinois v. Alpharma, Inc., et al.~~ Opposed 8/24/05 |
| **KENTUCKY EASTERN** | |
| ~~KYE 3 05-47~~ | ~~Commonwealth of Kentucky, etc. v. Alpharma, Inc., et al.~~ Opposed 8/24/05 |
| ~~KYE 3 05-48~~ | ~~Commonwealth of Kentucky, etc. v. Abbott Laboratories, Inc.~~ Opposed 8/24/05 |
| ~~KYE 3 05-49~~ | ~~Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.~~ Opposed 8/24/05 |
| **MINNESOTA** | |
| ~~MN 0 05-1394~~ | ~~State of Minnesota, etc. v. Pharmacia Corp.~~ Opposed 8/25/05 |
| **NEW YORK NORTHERN** | |
| ~~NYN 1 05-872~~ | ~~People of the State of New York, etc. v. Pharmacia Corp.~~ Opposed 8/25/05 |
| ~~NYN 1 05-873~~ | ~~The People of the State of New York, etc. v. Aventis Phamaceuticals, Inc.~~ Opposed 8/25/05 |
| ~~NYN 1 05-874~~ | ~~The People of the State of New York, etc. v. GlaxoSmithkline, PLC, et al.~~ Opposed 8/25/05 |
| **PENNSYLVANIA EASTERN** | |
| ~~PAE 2 05-3604~~ | ~~Commonwealth of Pennsylvania, etc. v. Tap Pharmaceutical Products, Inc., et al.~~ Opposed 8/22/05 |
| **WISCONSIN WESTERN** | |
| ~~WIW 3 05-408~~ | ~~State of Wisconsin v. Abbott Laboratories, et al.~~ Opposed 8/24/05 |

**U.S. District Court**
**Northern District of Florida - District Version 2.5 (Tallahassee)**
**CIVIL DOCKET FOR CASE #: 4:05-cv-00257-RH-WCS**

STATE OF FLORIDA ex rel et al v. ALPHARMA INC et al
Assigned to: CHIEF JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE WILLIAM C SHERRILL, JR
Case in other court: 2nd Judicial Circuit for Leon County, 98-03032F; 03-CA1165A
Cause: 28:1331 Fed. Question

Date Filed: 07/20/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**STATE OF FLORIDA ex rel**   represented by   **MARK S THOMAS**
ATTORNEY GENERAL - PL-01 - TALLAHASSEE FL
STATE OF FLORIDA
400 S MONROE ST
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050
850-414-3600
Fax: 850-487-9475
Email: mark_thomas@oag.state.fl.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARY SIEGER MILLER**
ATTORNEY GENERAL STATE OF FL - TALLAHASSEE FL
STATE OF FLORIDA
PL 01 THE CAPITOL
TALLAHASSEE, FL 32399-1050
850-414-3777
Fax: 850-487-9475
Email: Mary_Miller@oag.state.fl.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BERNABE ANTONIO ICAZA**
ATTORNEY GENERAL - PL-01 - TALLAHASSEE FL
400 S MONROE ST
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050
850-414-3600
Fax: 850-487-9475
Email: BernabeIcaza@hotmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

VEN-A-CARE OF THE FLORIDA
KEYS INC
*a Florida Corporation by and through
its principal officers and directors*

**Plaintiff**

ZACHARY T BENTLEY

**Plaintiff**

T MARK JONES

V.

**Defendant**

ALPHARMA INC     represented by **STEPHEN A ECENIA**
RUTLEDGE ECENIA UNDERWOOD
ETC - TALLAHASSEE FL
215 S MONROE ST
PO BOX 551
TALLAHASSEE, FL 32301-1841
850-681-6788
Fax: 850-681-6515
Email: steve@reuphlaw.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

ALPHARMA USPD INC     represented by **STEPHEN A ECENIA**
*formerly known as*     (See above for address)
BARRE-NATIONAL INC     *LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

BARRE PARENT CORPORATION     represented by **STEPHEN A ECENIA**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

FAULDING INC

**Defendant**

IVAX CORPORATION     represented by **CHRISTOPHER L BARNETT**
STEARNS WEAVER MILLER ETC -
MIAMI FL
MUSEUM TWR - STE 2200
150 W FLAGLER ST

MIAMI, FL 33130-1536
305-789-3200
Fax: 305-789-3395
Email: cbarnett@swmwas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAY BRIAN SHAPIRO**
STEARNS WEAVER MILLER ETC - MIAMI FL
MUSEUM TWR - STE 2200
150 W FLAGLER ST
MIAMI, FL 33130-1536
305/789-3200
Fax: 305/789-3395
Email: jshapiro@swmwas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SAMUEL OLDS PATMORE**
STEARNS WEAVER MILLER ETC - MIAMI FL
MUSEUM TWR - STE 2200
150 W FLAGLER ST
MIAMI, FL 33130-1536
305-789-3200
Fax: 305-789-3395
Email: spatmore@swmwas.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**IVAX PHARMACEUTICALS INC**
*formerly known as*
ZENITH-GOLDLINE PHARMACEUTICALS INC

represented by **CHRISTOPHER L BARNETT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAY BRIAN SHAPIRO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SAMUEL OLDS PATMORE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**MAYNE GROUP LTD**

**Defendant**
**SANDOZ INC**                                         represented by **JONATHAN PAUL KILMAN**

| | |
|---|---|
| *formerly known as*<br>GENEVA PHARMACEUTICALS INC | GRAYROBINSON PA -<br>TALLAHASSEE FL<br>301 S BRONOUGH ST STE 600<br>PO BOX 11189<br>TALLAHASSEE, FL 32302-3189<br>850-577-9090<br>Fax: 850-577-3311<br>Email: jkilman@gray-robinson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MICHAEL E RILEY**<br>GRAYROBINSON PA -<br>TALLAHASSEE FL<br>301 S BRONOUGH ST STE 600<br>PO BOX 11189<br>TALLAHASSEE, FL 32302-3189<br>850/577-9090<br>Fax: 577-3311<br>Email: mriley@gray-robinson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**PETER V ANTONACCI**<br>GRAYROBINSON PA -<br>TALLAHASSEE FL<br>301 S BRONOUGH ST STE 600<br>PO BOX 11189<br>TALLAHASSEE, FL 32302-3189<br>850-577-9090<br>Fax: 850-577-3311<br>Email: pva@gray-robinson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **NOVARTIS AG** | represented by **JONATHAN PAUL KILMAN**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MICHAEL E RILEY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**PETER V ANTONACCI**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

PUREPAC PHARMACEUTICAL CO      represented by    STEPHEN A ECENIA
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2005 | 2 | NOTICE OF REMOVAL from 2nd Judicial Circuit for Leon County, case number 98-3032F; 03-CA1165 A. ( Filing fee $ 250 receipt number 400108079.), filed by SANDOZ INC, NOVARTIS AG. (Attachments: # 1 Exhibit A)(amm, Tallahassee) (Entered: 07/26/2005) |
| 07/20/2005 | 3 | CIVIL COVER SHEET. (amm, Tallahassee) (Entered: 07/26/2005) |
| 07/20/2005 | | Judge ROBERT L HINKLE and WILLIAM C SHERRILL, JR added. (amm, Tallahassee) (Entered: 07/26/2005) |
| 07/26/2005 | 1 | Corporate Disclosure Statement/Certificate of Interested Persons by IVAX CORPORATION, IVAX PHARMACEUTICALS INC. (BARNETT, CHRISTOPHER) (Entered: 07/26/2005) |
| 07/29/2005 | 4 | NOTICE of Appearance by STEPHEN A ECENIA on behalf of ALPHARMA USPD INC, BARRE PARENT CORPORATION, PUREPAC PHARMACEUTICAL CO, ALPHARMA INC (ECENIA, STEPHEN) (Entered: 07/29/2005) |
| 07/29/2005 | 5 | Corporate Disclosure Statement/Certificate of Interested Persons by ALPHARMA USPD INC. (ECENIA, STEPHEN) (Entered: 07/29/2005) |
| 07/29/2005 | 6 | Corporate Disclosure Statement/Certificate of Interested Persons by ALPHARMA INC. (ECENIA, STEPHEN) (Entered: 07/29/2005) |
| 07/29/2005 | 7 | Corporate Disclosure Statement/Certificate of Interested Persons by BARRE PARENT CORPORATION. (ECENIA, STEPHEN) (Entered: 07/29/2005) |
| 07/29/2005 | 8 | Corporate Disclosure Statement/Certificate of Interested Persons by PUREPAC PHARMACEUTICAL CO. (ECENIA, STEPHEN) (Entered: 07/29/2005) |
| 07/29/2005 | 9 | Joint MOTION to Stay *Proceedings* by ALPHARMA USPD INC, BARRE PARENT CORPORATION, IVAX CORPORATION, IVAX PHARMACEUTICALS INC, PUREPAC PHARMACEUTICAL CO, ALPHARMA INC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(ECENIA, STEPHEN) (Entered: 07/29/2005) |
| 07/29/2005 | 10 | SCHEDULING ORDER : Rule 26 Meeting Report due by 9/12/2005. Discovery due by 11/25/2005.Signed by Judge ROBERT L HINKLE on 7/29/05. (amm, Tallahassee) (Entered: 08/01/2005) |

| | | | |
|---|---|---|---|
| 08/01/2005 | | 11 | NOTICE *of Filing Copy of Pleading on File in State Court* by NOVARTIS AG (RILEY, MICHAEL) (Entered: 08/01/2005) |
| 08/04/2005 | | 12 | NOTICE REGARDING ELECTRONIC FILING REQUIREMENT (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7)(amm, Tallahassee) (Entered: 08/04/2005) |
| 08/04/2005 | | 13 | NOTICE REGARDING ADMISSION TO PRACTICE (Attachments: # 1 # 2 # 3 # 4)(amm, Tallahassee) (Entered: 08/04/2005) |
| 08/05/2005 | | 14 | NOTICE *of Non-Opposition to Defendants' Motion Requesting Stay of All Proceedings* by STATE OF FLORIDA ex rel, VEN-A-CARE OF THE FLORIDA KEYS INC (MILLER, MARY) (Entered: 08/05/2005) |
| 08/05/2005 | | 15 | Notice Of Filing ACCEPTANCE OF SERVICE Executed Acknowledgement filed by STATE OF FLORIDA ex rel. (dlt, Tallahassee) (Entered: 08/08/2005) |
| 08/11/2005 | | 16 | Corporate Disclosure Statement/Certificate of Interested Persons by SANDOZ INC. (KILMAN, JONATHAN) (Entered: 08/11/2005) |
| 08/18/2005 | | 17 | MOTION to Remand *and Memorandum of Law* by STATE OF FLORIDA ex rel. (MILLER, MARY) (Entered: 08/18/2005) |
| 08/18/2005 | | 18 | NOTICE of Appearance by SAMUEL OLDS PATMORE on behalf of IVAX CORPORATION, IVAX PHARMACEUTICALS INC (PATMORE, SAMUEL) (Entered: 08/18/2005) |
| 08/18/2005 | | | Set/Reset Deadlines as to 17 MOTION to Remand *and Memorandum of Law*. (Response due by 9/6/2005) (amm, Tallahassee) (Entered: 08/19/2005) |
| 08/19/2005 | | 19 | NOTICE REGARDING ADMISSION TO PRACTICE AND ELECTRONIC FILING REQUIREMENT as to Counsel for Ven-A-Care of the Florida Keys (Attachments: # 1 # 2 # 3)(amm, Tallahassee) (Entered: 08/19/2005) |
| 08/22/2005 | | 20 | MOTION to Stay *Unopposed Suggestion to Stay Proceedings* by ALPHARMA USPD INC, BARRE PARENT CORPORATION, IVAX CORPORATION, IVAX PHARMACEUTICALS INC, PUREPAC PHARMACEUTICAL CO, ALPHARMA INC. (Attachments: # 1) (ECENIA, STEPHEN) (Entered: 08/22/2005) |
| 08/23/2005 | | 21 | NOTICE of Appearance by JAY BRIAN SHAPIRO on behalf of IVAX CORPORATION, IVAX PHARMACEUTICALS INC (SHAPIRO, JAY) (Entered: 08/23/2005) |
| 08/26/2005 | | 22 | NOTICE of Appearance by BERNABE ANTONIO ICAZA on behalf of STATE OF FLORIDA ex rel (ICAZA, BERNABE) (Entered: 08/26/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/31/2005 10:34:57 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:05-cv-00257-RH-WCS |
| Billable Pages: | 4 | Cost: | 0.32 |